IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-ES-607

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORTON,
DOUGLAS N. DARR,
ADAMS COUNTY SHERIFF[']S DEPARTMENT, and
BOARD OF COUNTY COMMISSIONER[S] OF ADAMS COUNTY,
all in their individual and official capacit[ies],

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
    CLERK

---

ORDER TO DISCHARGE SHOW-CAUSE ORDER AND TO
DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On May 16, 2005, Magistrate Judge O. Edward Schlatter ordered Plaintiff Epifanio Jake Chavez, Jr., to file an amended complaint and to show cause why the instant complaint should not be dismissed for failure to exhaust the Adams County Detention Facility's grievance procedure. On June 10, 2005, Mr. Chavez filed an amended complaint and a response to the order to show cause. Based upon the information provided in the response, it appears that the detention facility's grievance procedure may have been unavailable to Mr. Chavez. Therefore, the complaint will not be dismissed at this time for failure to exhaust the Adams County Detention Facility's grievance procedure. The May 16 show-cause order will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the May 16, 2005, order to show cause is discharged. It is

FURTHER ORDERED that the case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that the June 10, 2005, motion for service by the United States Marshal is denied as premature.

DATED at Denver, Colorado, this 11 day of July, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00607-OES

Epifanio Jake Chavez, Jr.
Prisoner No. 61720
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/11/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk