IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

      Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 18, 2006.**

Plaintiff requests that the Court stay this case until he has completed the grievance process for his claims. Plaintiff must have met the exhaustion requirements at the time of filing his lawsuit and cannot cure a failure to exhaust by pursuing administrative remedies while the action is pending. *See* 42 U.S.C. § 1997e(a); *Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1140-41 (10th Cir. 2005). Based on this Court's analysis in its Recommendation to Dismiss Plaintiff's Complaint, Plaintiff's Request for delay on any and all Judgments and Rulings [Filed April 3, 2006; Docket #32] is **denied**.