IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORTON, in his individual and official capacity,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge For Dismissal of Action** [#42], filed July 18, 2006; and (2) **Plaintiff's Oposition** [*sic*] **and Objections to Order Dated 7/18/06** [#52], filed September 11, 2006.  I overrule the objections, approve and adopt the recommendation, and grant defendants' motion to dismiss.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which cognizable objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Plaintiff's objections thereto are

without merit.[1]  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge For Dismissal of Action** [#42], filed July 18, 2006, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Plaintiff's Oposition** [*sic*] **and Objections to Order Dated 7/18/06** [#52], filed September 11, 2006, are **OVERRULED**;

3. That defendants' **Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) and 42 U.S.C. § 1997e** [#22], filed September 20, 2005, is **GRANTED**; and

4. That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

Dated September 22, 2006, at Denver, Colorado.

          **BY THE COURT:**

          s/ Robert E. Blackburn
          Robert E. Blackburn
          United States District Judge

---

[1] I note in particular that this case does not come within the limited exception to the total exhaustion rule recently recognized in ***Kikumura v. Osagie***, – F.3d. –, 2006 WL 2578805 at *16-*18 (10th Cir. Sept. 8, 2006) (slip op.).