IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-OES

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORTON, in his individual and official capacity,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is the plaintiff's **Motion to Chief Judge for Finding of Fact and Conclusion of Law** [#60], filed March 26, 2007.  The motion is **DENIED** as moot.  Plaintiff's Motion to Reopen Judgment Under Rule 59 or 60 or for Enlargement of Time to File Under Rule 59 [#57], filed February 5, 2007, is currently pending before the court and will be ruled on in due course.

Dated: March 29, 2007
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.