IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

       Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

       Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 10, 2007.**

      Plaintiff's Motion to Stay Filing of Answer [Filed August 9, 2007; Docket #64] so that Plaintiff can seek counsel is **denied**. There is no right to counsel in a civil case, and any request for additional time to answer or respond to the Complaint can be made by Defendant's counsel.