IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

      Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

      Plaintiff's Motion to Reconsider Request for Counsel or for Alternative Relief [Filed May 17, 2007; Docket #77] is **denied**. Having reviewed the allegations in Plaintiffs' Complaint and the merits of the same, Plaintiff is capable of stating sufficient facts for this Court to determine whether relief is appropriate, due to the liberal standards governing *pro se* pleadings. Nothing in Plaintiff's Motion to Reconsider convinces this Court that a referral for counsel is necessary or appropriate.