IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

    Plaintiff seeks an Order requiring Defendant to explain each of the defenses he has raised and how these defenses apply to Plaintiff's claims. The Court has reviewed Defendant's Answer and has determined that the Answer complies with Fed. R. Civ. P. 8. Plaintiff is on notice of the defenses Defendant may raise as well as his denials, and Defendant is not required to further explain these defenses until he asserts these defenses through a motion. Accordingly, Plaintiff's Motion for More Definite Statement [Filed August 30, 2007; Docket #73] is **denied**.