IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 25, 2007.**

    Plaintiff has filed a Motion seeking to supplement his amended Complaint due to events that have occurred since the filing of his last Amended Complaint, including information related to his attempts to exhaust his administrative remedies. Pursuant to Fed. R. Civ. P. 15(d), Plaintiff's supplemental pleading is proper in this case. However, for sake of clarity, the Court will direct Plaintiff to submit a Second Amended Complaint, containing all allegations including his supplemental allegations, and will require Defendant to file an Answer to the Second Amended Complaint.

    As set forth above, Plaintiff's Motion for Leave to Amend by Interlineation [Filed October 22, 2007; Docket #87] is **granted**. Plaintiff shall file his Second Amended Complaint on or before **November 5, 2007**, and Defendant shall file his Answer on or before **November 19, 2007**.