IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,
v.

MATT THORNTON, in his individual and official capacity,

    Defendant.
_____

# ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

    Before the Court is Defendant's Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison [Docket #97]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated at the Colorado State Penitentiary ("CSP") in Canon City, Colorado. Defendant has contacted CSP and have received approval to depose Plaintiff.

    Based upon a review of the record herein, the court finds that the discovery sought by the Defendant through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

    Accordingly, Defendant's Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison [Filed November 27, 2007; Docket #97] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

    Dated at Denver, Colorado this 29th day of November, 2007.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge