IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORNTON, in his individual and official capacity,

    Defendant.

_____

**ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

    Before the Court is Plaintiff's Request for Order to Allow Plaintiff to Correspond with Witness Housed in Same Facility [Docket #107]. Defendant does not oppose the request and notes that he knows nothing of the regulations for Plaintiff's place of incarceration. In this case, Plaintiff is incarcerated in the Colorado State Penitentiary in Canon City, Colorado. Plaintiff states that Andrew Romero is a witness in this case who is housed in the same facility. Prison regulations do not allow inmates to correspond with each other through the mail system.

    Pursuant to Fed. R. Civ. P. 31(a)(2), Plaintiff may obtain leave of Court to examine a person confined in prison upon written questions. Based upon a review of the record herein, the court finds that the discovery sought by the Plaintiff is necessary and appropriate to the case, though unrestricted correspondence with Mr. Romero is not. Therefore, cause has been shown to allow Plaintiff to depose Mr. Andrew Romero upon written questions, under the procedural requirements set forth in Fed. R. Civ. P. 31.

    Accordingly, Plaintiff's Request for Order to Allow Plaintiff to Correspond with Witness Housed in Same Facility [Filed February 29, 2008; Docket #107] is **granted in part and denied in part** as specified herein. The deposition is subject to all rules and regulations which Plaintiff's place

of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 10th day of March, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge