IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00607-REB-MEH

EPIFANIO JAKE CHAVEZ, JR.,

    Plaintiff,

v.

MATT THORTON, in his individual and official capacity,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation on Motion for Summary Judgment** [#115], filed March 31, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the the **Recommendation on Motion for Summary Judgment** [#115], filed March 31, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

2. That **Defendant's Motion for Summary Judgment and Memorandum Brief**

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**In Support** [#106], filed February 29, 2008, is **GRANTED**;

3. That plaintiff's claims against defendant are **DISMISSED** for failure to exhaust administrative remedies;

4. That judgment **SHALL ENTER** for defendant, Matthew Thornton, against plaintiff, Epifanio Jake Chavez, Jr., as to all claims and causes of action; and

5. That defendant is **AWARDED** his costs, to taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated May 9, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**